# RETURN OF SERVICE

**State of**                                                                       **County of**

Case Number: 6:23-CV-1607-CEM-DCI


BPC2023004527

Plaintiff:
**Carla Harvasty**

vs.

Defendant:
**Debt Collectors International, Inc.**

For:
Jibrael Hindi
The Law Offices Of Jibrael S. Hindi, PLLC
jibrael@, jen@jibraellaw.com
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301

Received by All Broward Process on the 2nd day of November, 2023 at 9:31 am to be served on **Debt Collectors International, Inc. c/o Anthony Pellino, 2200 Lucien Way, Suite 325, Maitland, FL 32751**.

I, Holly Vicens, do hereby affirm that on the **6th day of November, 2023** at **3:20 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint/ Jury Trial Demanded, Exhibit, Civil Cover Sheet, Plaintiff's Notice of Pendency of Other Actions, Plaintiff's Notice of Lead Counsel Designation, Certificate of Interested Persons and Corporate Disclosure Statement** with the date and hour of service endorsed thereon by me, to: **William Ficka** as **Designated Agent** for **Debt Collectors International, Inc.**, at the alternate address of: **2200 Lucien Way, Suite 195, Maitland, FL 32751**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
11/6/2023  3:14 pm  No longer located in Unit 325.

**Description** of Person Served: Age: 60s, Sex: M, Race/Skin Color: White, Height: 5'11, Weight: 250, Hair: Grey, Glasses: N

Under penalty of perjury, I declare that I have read the Affidavit / Return of Service and that the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action and that I am a Certified Process Server, in good standing in the judicial circuit in which the process was attempted / served. No notary required pursuany to F.S. 92.525(2)

_____
**Holly Vicens**
C.P.S. #0154

**All Broward Process**
**701 N. Fig Tree Ln.**
**Plantation, FL 33317**
**(954) 214-5194**

Our Job Serial Number: BPC-2023004527
Ref: ABP-2023004527

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-cv-1607-CEM-DCI

CARLA HARVASTY,

    **Plaintiff,**

v.

DEBT COLLECTORS INTERNATIONAL, INC.,

    **Defendant.**

_____/

DATE 11/6/23 TIME 3:20 p.m.
SPECIAL & CERTIFIED PROCESS SERVER
STH#_____ OR # 0154
H.V.

## SUMMONS IN CIVIL ACTION

To:

    DEBT COLLECTORS INTERNATIONAL, INC.
    Anthony Pellino
    2200 Lucien Way Ste 325
    Maitland, FL 32751

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jibrael S. Hindi, Esq.
    Law Offices of Jibrael S. Hindi, PLLC
    110 S.E. 6th Street, Suite 1744, Fort Lauderdale, Florida 33301
    Phone: 954-907-1136 / E-mail: jibrael@jibraellaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: August 24, 2023

Amanda Craig

_____
Signature of Clerk of Deputy Clerk